**Nicholas J. Henderson, Esq.** (OSB #074027)
E-Mail:  nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 200
Portland, OR  97204-3211
Telephone:  503-417-0508
Fax:  503-417-0528
Local Counsel for Defendant Trans Union, LLC


**William R. Brown, Esq.** (Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com
Counsel for Defendant Trans Union, LLC

FILED 02 SEP '11 12:12 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| GORDON A. HINKLE,<br>**Plaintiff,** | CASE NO. 3:10-cv-01263-JO |
| vs. | ORDER OF DISMISSAL OF TRANS<br>UNION, LLC ONLY |
| EXPERIAN INFORMATION SOLUTIONS,<br>INC., EQUIFAX INFORMATION<br>SERVICES, LLC; TRANS UNION LLC;<br>WELLS FARGO BANK, N.A.; and<br>CCB CREDIT SERVICES, INC.<br>**Defendants.** | |

Plaintiff Gordon A. Hinkle, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

Page 1 – **ORDER OF DISMISSAL OF TRANS UNION, LLC ONLY**

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Gordon A. Hinkle against

Defendant Trans Union, LLC are dismissed, with prejudice.   Plaintiff Gordon A. Hinkle and

Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.


Date:    Sept 1, 2011                          _____
                                               JUDGE, United States District Court,
                                               District of Oregon


SUBMITTED BY:                                  *William R. Brown, Esq.*  _____
                                               William R. Brown, Esq. (Admitted *Pro Hac
                                               Vice*)
                                               Ind. Bar #26782-48
                                               Telephone:  317-363-2400
                                               *Lead Counsel for Defendant Trans Union,
                                               LLC*

                                               Nicholas J. Henderson, Esq.
                                               OSB #074027
                                               Telephone:  503-417-0508
                                               *Local Counsel for Defendant Trans Union,
                                               LLC*

DISTRIBUTION TO:

| Justin M. Baxter, Esq.<br>justin@baxterlaw.com | Keith D. Karnes, Esq.<br>kkarnes@olsendaines.com |
|---|---|
| Reilley D. Keating, Esq.<br>rdkeating@stoel.com | Keasha A. Broussard<br>abroussard@kslaw.com |
| Angela M. Taylor, Esq.<br>angelataylor@jonesday.com | Julie M. Engbloom, Esq.<br>engbloomj@lanepowell.com |
| Pilar C. French<br>frenchp@lanepowell.com | Nicholas J. Henderson, Esq.<br>nhenderson@portlaw.com |
| William R. Brown, Esq.<br>wbrown@schuckitlaw.com | Jeffrey M. Edelson, Esq.<br>JeffEdelson@MHGM.com |
| Micah R. Steinhilb, Esq.<br>steinhilb@bodyfeltmount.com | Pamela J. Stedahl, Esq.<br>pams@osbplf.org |
| Deanna L. Wray, Esq.<br>wray@bodyfeltmount.com | |