**Nicholas J. Henderson, Esq.** (OSB #074027)
E-Mail: nhenderson@portlaw.com
Motschenbacher & Blattner, LLP
117 SW Taylor Street, Suite 200
Portland, OR 97204-3211
Telephone: 503-417-0508
Fax: 503-417-0528
Local Counsel for Defendant Trans Union, LLC

**William R. Brown, Esq.** (Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: wbrown@schuckitlaw.com
Counsel for Defendant Trans Union, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **GORDON A. HINKLE,**<br>**Plaintiff,** | **CASE NO. 3:10-cv-01263-JO** |
| vs. | **ORDER OF DISMISSAL OF TRANS UNION, LLC ONLY** |
| **EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; WELLS FARGO BANK, N.A.; and CCB CREDIT SERVICES, INC.**<br>**Defendants.** | |

Plaintiff Gordon A. Hinkle, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

Page 1 – **ORDER OF DISMISSAL OF TRANS UNION, LLC ONLY**

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Gordon A. Hinkle against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Gordon A. Hinkle and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: Sept 1, 2011

JUDGE, United States District Court,
District of Oregon

SUBMITTED BY:

*William R. Brown, Esq.*
William R. Brown, Esq. (Admitted *Pro Hac Vice*)
Ind. Bar #26782-48
Telephone: 317-363-2400
*Lead Counsel for Defendant Trans Union, LLC*

Nicholas J. Henderson, Esq.
OSB #074027
Telephone: 503-417-0508
*Local Counsel for Defendant Trans Union, LLC*

DISTRIBUTION TO:

| | |
|---|---|
| Justin M. Baxter, Esq. justin@baxterlaw.com | Keith D. Karnes, Esq. kkarnes@olsendaines.com |
| Reilley D. Keating, Esq. rdkeating@stoel.com | Keasha A. Broussard abroussard@kslaw.com |
| Angela M. Taylor, Esq. angelataylor@jonesday.com | Julie M. Engbloom, Esq. engbloomj@lanepowell.com |
| Pilar C. French frenchp@lanepowell.com | Nicholas J. Henderson, Esq. nhenderson@portlaw.com |
| William R. Brown, Esq. wbrown@schuckitlaw.com | Jeffrey M. Edelson JeffEdelson@MHGM.com |
| Micah R. Steinhilb, Esq. steinhilb@bodyfeltmount.com | Pamela J. Stedahl, Esq. pams@osbplf.org |
| Deanna L. Wray, Esq. wray@bodyfeltmount.com | |